IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
| | ) |
| Plaintiff, | ) Case No. 23-cv-14575 |
| | ) |
| v. | ) |
| | ) Judge Charles P. Kocoras |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Plaintiff's counsel submits this Status Report, prepared by Plaintiff's counsel per the Court's Order of December 21, 2023. [Dkt. No. 31].

A. <u>How Plaintiff intends to Proceed</u>. Plaintiff filed its Motion for Entry of a Preliminary Injunction against Defendant Nos. 1-39, 51-186, 188, 193, 195-196, 198-199 and 201-202 on December 21, 2023. Plaintiff has communicated with Etsy to expedite receipt of responses to its Discovery requests. Once Plaintiff has received those responses from Etsy, Plaintiff will move for Entry of a Preliminary Injunction against the remaining defendants.

Respectfully submitted,

Dated: December 21, 2023

By:   s/ Michael A. Hierl\_
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
EMOJI COMPANY GmbH

**CERTIFICATE OF FILING**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 21, 2023.

                                                   s/Michael A. Hierl