# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emoji Company GmbH

      Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

      Defendant.

Case No.: 1:23−cv−14575

Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 5, 2024:

    MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for entry of preliminary injunction against Defendant Nos. 42, 43, and 45 [41] is granted. The Clerk's Office is directed to unseal sealed Schedule A [7], the sealed exhibits to the Reiter Declaration [12] [25], and the Sealed Temporary restraining order [28]. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.